ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2012 OCT 19  PM 1: 16

CLERK OF COURT

| | |
|---|---|
| ANDREW J. GONZALEZ<br>*Plaintiff.* | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 4:12-CV-553-A<br>) |
| CONTINENTAL SERVICE<br>GROUP INC. DBA CONSERVE<br>*Defendant.* | )<br>)<br>)<br>)<br>) |

### NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Plaintiff, ANDREW J. GONZALEZ, files this Notice of Change of Address pursuant to LR 83.13. Plaintiff now resides at 6015 Siltstone Lane, Apartment # 1224, Fort Worth, TX 76137.

Dated: October 19, 2012

Respectfully Submitted,

Andrew J. Gonzalez
6015 Siltstone Lane
Apt# 1224
Fort Worth, TX 76137
(817) 975-5655
gonandrew@yahoo.com

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the foregoing was provided by United States Postal Service certified mail #7012 1010 0001 7691 8565 to:

Keith Wier; SBN: 21436100
Fed. ID No. 7930
BUSH & RAMIREZ, L.L.C.
5615 Kirby Dr., Suite 900
Houston, Texas 77005
ATTORNEY FOR DEFENDANT
CONTINENTAL SERVICE GROUP INC.
D/B/A CONSERVE

_____
ANDREW J. GONZALEZ, Plaintiff, pro se
3451 River Park Drive Apt#1211
Fort Worth, Texas 76116
(817) 975-5655
gonandrew@yahoo.com