ORIGINAL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2013 MAY 28 PM 1:18

CLERK OF COURT

| | |
|---|---|
| ANDREW J. GONZALEZ<br>*Plaintiff.*<br>v.<br><br>CONTINENTAL SERVICE<br>GROUP INC. DBA CONSERVE<br>*Defendant.* | CIVIL ACTION NO. 4-12CV-553-A |

### PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, the Plaintiff Andrew J. Gonzalez who requests the Honorable Court Grant an 14 day enlargement of time for Plaintiff to respond to Defendant's Motion for Summary Judgment filed with the Court May 16, 2013.

WHEREFORE, the Plaintiff asks this Honorable Court to issue an Order to grant the enlargement of time as requested, and for such other and further relief, both at law and in equity, to which this Plaintiff may be justly and legally entitled.

Dated: May 28, 2012
Respectfully Submitted,

*/s/ Andrew J. Gonzalez*

Andrew J. Gonzalez
6015 Siltstone Lane Apt 1224
Fort Worth, TX 76137
(817) 975-5655
gonandrew@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2013, a copy of the foregoing Motion for Enlargement of Time was filed with the Clerk of the court, United States District Court for the Northern District of Texas, and served upon the following:

United States Certified Mail # 7012 3460 0002 0590 5417

Keith Wier; SBN: 21436100
Fed. ID No. 7930
BUSH & RAMIREZ, L.L.C.
5615 Kirby Dr., Suite 900
Houston, Texas 77005
ATTORNEY FOR DEFENDANT
CONTINENTAL SERVICE GROUP INC.
D/B/A CONSERVE

Andrew J. Gonzalez
6015 Siltstone Lane Apt 1224
Fort Worth, TX 76137
(817) 975-5655
gonandrew@yahoo.com